


IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

### AFFIDAVIT IN SUPPORT OF
### A CRIMINAL COMPLAINT

I, Raquel Mobley, having been duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the FBI since July 7, 2019. I am currently assigned to the Shreveport Resident Agency of the New Orleans Field Division and am tasked with investigating various types of federal crimes, including, but not limited to, crimes involving the corruption of domestic public officials, wire fraud, conspiracy, and embezzlement of labor union assets. I have conducted investigations utilizing complex investigative techniques and the utilization of analytical methods.

2. I have received training in numerous areas, including but not limited to wire fraud, public corruption, and conspiracy. During the course of my employment with the FBI, I have participated in investigations, which involved the use of confidential sources, cooperating witnesses, physical surveillance, pen registers, trap and trace devices, toll analyses, consensual recordings and monitoring, drug evidence purchases, service of search warrants, service of arrest warrants, and subject interviews. I have participated in several investigations involving wire and electronic intercepts in the past. I have assisted in the monitoring and surveillance of Title III's throughout my career.

3. As part of my training and experience, I am aware that certain controlled substances are often abused and illegally diverted from what would otherwise be considered legitimate medical uses. In particular, opiate-based narcotics that are intended to legitimately treat chronic to moderately severe pain are often diverted and abused for the euphoric effect they product, an effect similar to that associated with heroin use. I also know individuals who abuse these types of drugs are at risk for becoming physically dependent on the drugs.

4. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other federal, state, and local investigators and civilian witnesses. This affidavit includes only those facts I believe are necessary to establish probable cause and does not include all the facts uncovered during the investigation.

## LEGAL BACKGROUND

5. Based on my training and experience, and the training and experience of DEA diversion investigators, special agents, and other law enforcement officers, I know that:

   a. Title 21, United States Code, Section 843 makes it unlawful for any person knowingly or intentionally to acquire or obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception, or subterfuge.

   b. Percocet is a brand name for a drug that contains a combination of oxycodone and acetaminophen. Norco is a brand name for a drug that

2

contains a combination of hydrocodone and acetaminophen. Both Percocet and Norco are Schedule II-controlled substances.

## PROBABLE CAUSE

6. On January 10, 2022, FBI Shreveport began investigating **MITCHELL MOREHEAD** and **HAROLD W. SANFORD, JR., a.k.a. BJ SANFORD** after receiving several tips that they were embezzling money from the Bossier City Police Union fundraiser account. Specifically, it is alleged that **MOREHEAD** and **SANFORD** are running both real and fake fundraisers, from which they are taking money for personal use. Additionally, it is alleged that **SANFORD** has an opioid addiction, and that **MOREHEAD** will often provide prescription pain pills to **SANFORD**.

7. On June 23, 2022, an order authorizing the interception of wire and electronic communication on **MOREHEAD**'s telephone was signed by United States District Judge Dee D. Drell in the Western District of Louisiana.

### June Transaction:

8. On June 24, 2022, in a call between **MOREHEAD** and **JAMIE LNU**, **MOREHEAD** says "First thing I got to do Monday morning is go to Doctor Danzell and get the pills for fuckhead."[1] Based on open source and previous reporting, Dr. Danzell was identified as likely being Dr. John Danzell of Danzell Family Medical Clinic in Shreveport, LA. **JAMIE** asks **MOREHEAD**

---

[1] Based on the context of this and other calls, your affiant believes that **MOREHEAD** is referring to **SANFORD**.

3

if he's getting Percocet. **MOREHEAD** says, "That's all I get is percocet. I keep three of 'em, I give my buddy twenty-five of 'em, he's paying for everything and then he knocks a hundred dollars off my debt so that's fine with me. I mean [unintelligible] two hours of my time and I make a hundred dollars plus I make the three pills so that's fine."

9. On Sunday, June 26, 2022, **MOREHEAD** texted **SANFORD** "I got enough just to cover Denzel and the cab which is 175 could you give me 75 tomorrow when I see you." **SANFORD** texted **MOREHEAD** back "Yes I'll probably come by today and just bring you 100."

10. On Monday June 27, 2022, another call was intercepted between **MOREHEAD** and **JAMIE**, during which **JAMIE** asked **MOREHEAD** if he could get a couple of the Percocet that **MOREHEAD** got from **DANZELL** that morning. The following exchange took place:

**JAMIE:** You can't give me a couple of them percs?

**MOREHEAD:** No sir, he gave me the $160 for the visit and I can't even keep two for myself. Honestly Jamie.

**JAMIE:** Well fuck that

**MOREHEAD:** Well, tell me about it, I'm the one that comes over here. And I'm tired of doing this shit, you know? I think what I'm gonna tell him, I was gonna tell him this last time, I'm gonna tell him this time, Doc's acting a little funny, I think I'm gonna have to back off. Because I could take these 28

4

|  |  |
|---|---|
|  | and sell them to BJ, twenty of them and get 300, you know what I mean? |
| **JAMIE**: | Yeah |
| **MOREHEAD**: | Instead of him paying a visit and get 24 of them. You know I already promised Virgil[2] two for the ride back and forth so I can't get out of that. So there's just no way I could do it. If I find a way, I'll do it. I'll kinda hint around BJ today, man you think I could get a few of these and then uh I already got a call on him I wanna see if he'll let me ride with 20. If he'll let me do that yeah sure. |

11. Roughly five minutes after the above call, **SANFORD** called **MOREHEAD**. **MOREHEAD** told **SANFORD** he "finally got finished with him." Later in the conversation **MOREHEAD** says, "just wanted to let you know that I aint have no problems or nothin." **SANFORD** responds, "Awesome. I'll come see you this afternoon." That afternoon around 4:18 p.m., **MOREHEAD** texted **SANFORD** "A Virgo got tied up doing cab rides I'm at Susan's so you can call we can meet up or I can give it to you this evening." **SANFORD** responded, "This evening good." A few hours later, around 6:13 p.m., **MOREHEAD** texted **SANFORD** "Hey I'm on my way back to the motel I'll be there in about 10 minutes." At approximately 6:34 p.m., **SANFORD** called **MOREHEAD** and said "Hey I'm

---

[2] Your affiant believes that Virgil refers to **VIRGIL ABSHIER** who is friend of **MOREHEAD** and a cab driver that drives **MOREHEAD**.

here. I'm on the side, there's somebody in that little overhang." **MOREHEAD** responded, "Ok I'll be right over just a second."

12. Based on PMP records from the DEA Diversion Investigator, **MOREHEAD** obtained a prescription from Doctor John Danzell for a 28 count of Oxycodone-Acetaminophen on June 27, 2022, and filled that prescription at Walgreens at 3555 Greenwood Road, Shreveport, LA, 71109 on June 27, 2022.

### July Transaction:

13. On July 6, 2022, **SANFORD** called **MOREHEAD** at approximately 12:27 p.m. and the following exchange took place:

| | |
|---|---|
| **MOREHEAD**: | Candyland |
| **SANFORD**: | How's it going man? |
| **MOREHEAD**: | Hey what are you doing? |
| **SANFORD**: | I'm headed to the chief's office |
| **MOREHEAD**: | ahhh [laughs] |
| **SANFORD**: | Used to be a bad thing, now it's a good thing. |
| **MOREHEAD**: | well yeah used to be "desk patrol" |
| **SANFORD**: | Yeah, every time I went in there I knew I was gonna get in trouble now every time I go in there I know it's gonna be something good. |
| **MOREHEAD**: | Yeah well at least I found...CVS filled my prescription for me |
| **SANFORD**: | Oh cool |

6

| | |
|---|---|
| MOREHEAD: | Yeah, I remember the last time he did it, I talked to him on the phone he said yeah bring it on in man it's fine. |
| SANFORD: | Some places don't give a shit and some of them do. |
| MOREHEAD: | Well, I mean technically really they shouldn't because an update has gone by and because of the situation it shouldn't be a problem. But uh I'm gonna get rid of them because I am broke as always. |
| SANFORD: | Ok uh. |
| MOREHEAD: | Cheap cheap too. Cheap like a little cheap dealer...car dealer [laughs]. 9 for 40. |
| SANFORD: | Ok |
| MOREHEAD: | But anyway. Thought I'd let you know, but I'm getting ready to eat my lunch...a cheese sandwich on crackers. |
| SANFORD: | Yeah, let me know, I'll come by there later and bring you that money. |
| MOREHEAD: | Ok. |

14. Approximately four hours after the above call, at 4:39 p.m., **SANFORD** called **MOREHEAD** and the following exchange took place:

| | |
|---|---|
| MOREHEAD: | Hello |
| SANFORD: | Hey, I'm headed there. But I wanted to call you before because I'm gonna be on the phone with the city councilman |

7

| | |
|---|---|
| **MOREHEAD**: | Ok |
| **SANFORD**: | But uh you know be on the downlow |
| **MOREHEAD**: | Ok |

Roughly 10 minutes later at 4:50 p.m., **SANFORD** texted **MORHEAD** "I've got your money downstairs."

15. Agents conducted surveillance on the meeting and observed the above interaction between **SANFORD** and **MOREHEAD**.

16. Based on PMP records from the DEA Diversion Investigator, **MOREHEAD** obtained a prescription from Nurse Practitioner Jon Barnes for a 15 count of Hydrocodone-Acetaminophen on July 1, 2022, and filled the prescription on July 6, 2022, at CVS at 4870 Airline Drive, Bossier City, LA 71111.

### August Transaction:

17. On August 8, 2022, an order authorizing the interception of wire and electronic communication on **SANFORD**'s telephone was signed by Chief United States District Judge S. Maurice Hicks, Jr. in the Western District of Louisiana.

18. On August 22, 2022, several calls were intercepted between **SANFORD** and **MOREHEAD** where they discuss **MOREHEAD** going to Dr. Danzell, obtaining a prescription, filling that prescription and then distributing a majority of that prescription to **SANFORD**. In one call prior to **MOREHEAD** going to Dr. Danzell, **MOREHEAD** tells **SANFORD** that the Doctor visit will be $160 to which **SANFORD** says he will bring **MOREHEAD** the money soon. In another call, **SANFORD** decides he will drive **MOREHEAD** to Dr. Danzell

and let **ABSHIER** pick **MOREHEAD** up afterwards. **MOREHEAD** then called **SANFORD** around 1:10 p.m. once he filled the prescription at the CVS on Airline Drive in Bossier City. That phone call ended with **SANFORD** telling **MOREHEAD**, "I'll see you in a bit." Around 4:55 p.m., **SANFORD** called **MOREHEAD** and told him he was about two minutes away.

19. Agents conducted surveillance on **MOREHEAD** throughout the day and observed **SANFORD** dropping **MOREHEAD** off at Dr. Danzell's office. Agents also observed **MOREHEAD** being picked up and driven around to fill his prescription by **ABSHIER**. Later in the day, agents observed **SANFORD** returning to the Crown Inn on Airline Drive to meet with **MOREHEAD**. **SANFORD** was then followed to Shane's seafood to-go and then to his residence at 118 Ironwood Street, Bossier City, LA. Later that evening, **MOREHEAD** called **SANFORD** and told him that he "had to give two of them to Virgil for riding me around and I kept three." **SANFORD** said he has realized that "they're always short, it's never what you say it's gonna be." **MOREHEAD** responded, "Well I never said I was gonna give you the whole thing." **SANFORD** seemed irritated and replied, "Well I just assumed since I gave you the whole thing to go." Later in the call, **MOREHEAD** explains that he still gave **SANFORD** "23."

20. Based on the intercepted wire communications, as explained above, I believe the above represents another transaction of a controlled substance between **MOREHEAD** and **SANFORD**.

## CONCLUSION

21. For the foregoing reasons, I submit that there is probable cause to believe that **HAROLD W. SANFORD, JR., a.k.a. BJ SANFORD** obtained prescriptions for a controlled substance fraudulently by going through **MITCHELL MOREHEAD** on at least three separate occasions, in violation of 21 U.S.C. § 843. Accordingly, I request that the Court issue a criminal complaint alleging that offense. I swear under penalty of perjury that the foregoing are true and correct to the best of my knowledge, information and belief.

Sworn to under the pains and penalties of perjury,

_____
Raquel Mobley
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this 26th day of August 2022.

_____
Honorable Mark L. Hornsby
UNITED STATES MAGISTRATE JUDGE