UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 5:22-MJ-00111-01**

**VERSUS**                            **MAGISTRATE JUDGE HORNSBY**

**HAROLD W SANFORD JR**

**MINUTES OF COURT:**
**Initial Appearance**

| Date: | August 29. 2022 | Presiding: | Magistrate Judge Mark L. Hornsby |
|---|---|---|---|
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 2:45 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:20 | Courtroom: | CR3 |

**APPEARANCES**

| Alexander C Van Hook (AUSA) | For | United States of America |
|---|---|---|
| Eron J Brainard (RET) | For | Harold W Sanford Jr, Defendant |
| Sarah Russell Giglio (RET) | For | Harold W Sanford Jr, Defendant |
| Harold W Sanford Jr, Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**INITIAL APPEARANCE on Criminal Complaint:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

The court granted Eron J Brainard and Sarah Russell Giglio's oral motion to enroll as retained counsel for the defendant.

The court reminded the Government of its obligations under Brady and Giglio and the consequences of failing to do so.

**PRELIMLILNARY EXAMINATION:**

Preliminary Examination set for **September 1, 2022** at **2:00 p.m.** before Magistrate Judge Mark L. Hornsby in Courtroom 3.

**BOND DETERMINATION/DETENTION HEARING:**

The court granted the government's oral motion for temporary detention pending a detention hearing. The detention hearing was set for **September 1, 2022** at **2:00 p.m.** before Magistrate Judge Hornsby in Courtroom 3. Accordingly, the defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.